# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** Knoxville

**County/Parish:** Knox

**Defendant Information:**

**Juvenile** ___ Yes _X_ No      **Matter to be Sealed:** _X_ Yes ___ No

**Defendant Name:** NATHANIEL SMITH, JR., a/k/a "Nugget"

**U.S.C. Citations:** 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(D) & 18 U.S.C. § 1956(h)

**Total # of Counts:** 2     ___ Petty     ___ Misdemeanor   _X_ Felony

|  | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 |  | Conspiracy to distribute, and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and less than fifty (50) kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | 1 |
| Set 2 |  | Conspiracy to commit money laundering | 2 |

Criminal Complaint Filed ___ Yes _X_ No

Date: 10/7/2008      Signature of AUSA: **s/ Tracee Plowell**