# CRIMINAL CASE COVER SHEET         U.S. ATTORNEY'S OFFICE

**Place of Offense:**                     Superseding Indictment
                                          3:08-CR-143

**City:** Knoxville

**County/Parish:** Knox

**Defendant Information:**

**Juvenile** ___ Yes _X_ No          **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** NATHANIEL SMITH, JR., a/k/a "Nugget"

**U.S.C. Citations:** 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(D) & 18 U.S.C. § 1956(h), 924(c)

**Total # of Counts:** 4    ___ Petty   ___ Misdemeanor  _X_ Felony

|   | Index Key/Code (To be Completed by Court Clerk) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 |   | Conspiracy to distribute, and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance | 1 |
| Set 2 |   | Possess with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana | 2 |
| Set 3 |   | Possession of a firearm during and in relation to a drug trafficking crime | 3 |
| Set 4 |   | Conspiracy to commit money laundering | 11 |

Criminal Complaint Filed ___ Yes _X_ No

Date: 12/2/2008            Signature of AUSA: **s/ Tracee J. Plowell**