## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE, TENNESSEE

United States of America,               :
                                        :
                        Plaintiff,      :
                                        :
vs.                                     :        Case No. 3: 08-cr-143
                                        :
Donald Ray Reynolds, Jr.,               :        **Testimony of**
 and Nathaniel Smith, Jr.,              :        **Dr. Hacene Boudries**
                                        :
                        Defendants.     :

     Transcript of proceedings before the Honorable Dennis H. Inman,

U. S. Magistrate Judge, on **May 13th, 2009.**

Appearances:
                                On behalf of the Plaintiff:

                                Tracee Plowell, Esq.
                                D. Gregory Weddle, Esq.
                                U. S. Attorney's Office
                                Knoxville, Tennessee


On behalf of  Deft. Reynolds:           On behalf of Deft. Smith:

   John E. Eldridge, Esq.                  Donny M. Young, Esq.
   Knoxville, Tennessee                    Knoxville, Tennessee



Court Reporter:

                        Donnetta Kocuba, RMR
                        800 Market Street, Suite 132
                        Knoxville, Tennessee 37902
                        (865) 524-4590

I N D E X

| Plaintiff's Witness: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Dr. Hacene Boudries | 3 | 30 | – | – |

| Plaintiff's Exhibits: | Identified | Received |
|---|---|---|
| 1 - Printout from Powerpoint Presentation re: drug measurements | 11 | 12 |
| 2 - Printout from Powerpoint Presentation re: Ion Trap Mobility Spectrometry Fundamentals | 28 | 29 |

Recess:    29

1      (Following is the testimony of Dr. Hacene Boudries,

2   Plaintiff's witness from the Daubert hearing of 5-13-09:)

3   By Ms. Plowell:

4   Q.    Good morning, Dr. Boudries. Please give your name and your

5   occupation for the Court.

6   A.    My name is Hacene Boudries. I am R&D manager at GE

7   Security. I am responsible for ion mobility spectrometry and

8   detection at GE Security.

9   Q.    And R&D is research and development?

10  A.    Yes, R&D is research and development, yes.

11  Q.    How long have you been so employed?

12  A.    Four years–

13          MR. ELDRIDGE:   If I might interrupt, I'm having a

14  hard time hearing.

15          THE WITNESS:    Okay. Can you hear me now?

16          MR. ELDRIDGE:   That's wonderful. Thank you.

17  A.    Yes. For four years. I started in 2005.

18  Q.    And what did you do prior to that?

19  A.    Prior that I was working at MIT as a research scientist and

20  also Aerodyne Research–

21          (Court reporter asked witness to repeat.)

22  A.    –research scientist, and also Aerodyne, Aerodyne as a senior

23  scientist.

24          THE COURT:   And your doctorate is in what?

25          THE WITNESS:    Analytical chemistry.

1   Q.    I was just going to ask you to give your full educational

2   background for the Court, if you would.

3   A.    Yes. I did my Master and Ph.D. in analytical chemistry at

4   University of Paris VII in France.

5               THE COURT:   University of?

6               THE WITNESS:    Paris Seven, that's the name of the

7   university.

8   A.    (Continuing) So I got my Ph.D. there in atmospheric

9   chemistry, mainly focusing on analytic techniques such as gas

10  chromatography, mass spectrometry.  After that I was appointed as

11  professor assistant, and I was teaching all kind of chemistry

12  courses for almost two years.

13          And then after that I decided to do a post-doc, post doctorate,

14  in Canada, so I went to Canada. I spent almost three years and a

15  half at Atmospheric Environment Service in Canada, also doing

16  research using different kind of analytical techniques, such as GC,

17  which is gas chromatography, mass spectrometry, for the

18  detections of hydrocarbons in the air.

19  Q.    Can you tell the Court what a hydrocarbon is, please?

20  A.    Hydrocarbons is basically organic molecules that has numbers

21  of carbons, hydrogens, sometimes oxygens.  So it could be

22  benzene, toluene, methanol, ethanol, almost everything that a car is

23  emitting in the air, aircraft engine, trucks, things like that.

24          So we'll try to characterize all that emission using different

25  kinds of analytical tools such as GC and GCMS.

1    Q.    Now, have you published any articles?

2    A.    Yeah. I have published many articles when I was a research

3    scientist. Also when I joined Aerodyne and MIT, I published a lot

4    in aerosol science. Basically I was focusing on characterizing the

5    chemical and physical composition of aerosols in the air.

6    Q.    And have you written any articles on ion trap mobility

7    spectrometry?

8    A.     We have one that is going to be published very soon.

9    Because we work for GE, sometimes it's extremely difficult to

10   publish. GE does not like to publish the science so we can keep all

11   the– basically secret also all the advance of our technique, not

12   published.

13        But we have one paper that is going to be published very soon.

14   We have a presentation. In fact, I was down just couple days ago at

15   ITRAP-O.E.(phonetic) in Boston. And we sometimes gave

16   presentations at the IMS conference, which is ion mobility

17   spectrometry conference. There is one organized every year, and

18   we try to every year at least present something there.

19   Q.    Okay. Can you explain for the Court what is ion trap mobility

20   spectrometry?

21   A.    I think maybe if I can go through the slides, I have prepared

22   some slides. I can go very quickly through that or I can just give

23   you very quickly definition of ion mobility spectrometry, and then

24   we can go into the detail, if you are interested.

25   Q.    Why don't we start with just the first definition, then we'll go

1    through the slides in a minute?

2    A.     Okay.  So ion mobility spectrometry refers to a technique that

3    measures the speed of molecules in a field, an electrical field.

4    Basically, what we try to do is, you know your start position, you

5    know your end position, you have the molecule and you try to

6    measure how long it will take that molecule to fly from Point A to

7    Point B. That's basically ion mobility spectrometry.

8    Q.     Does the substance that you are testing differ, does it differ

9    based on the size of the molecule?

10   A.     Basically, they are separated based on the size of the

11   molecule, yeah.  The smallest one will arrive first to their target or

12   to their detector and the heaviest one will arrive later on.

13   Q.     Does every molecule travel at a different speed based on the

14   substance?

15   A.     Yes. If they have different size, they travel at different

16   speeds.

17   Q.     What is that called, the travel?

18   A.     The time of flight, that's what we define.  There is two

19   definitions; we call it the time of flight or the drift time.  Basically,

20   that's what you will see on our instrument, is we display the drift

21   time for the molecule.  It means we look at if there is a signal at a

22   certain position on a certain time, and then we correlate that time to

23   a specific molecule.

24          This is why we do a calibration.  So you calibrate your system

25   with known molecules, and then you characterize your time of

1   flight for that specific molecules. And then if you take a sample

2   and you see a signal at that specific time you can correlate that

3   signal to a presence of that molecule.

4                   THE COURT:   Doctor, you need to wait on me.

5                   THE WITNESS:    Okay.

6                   THE COURT:   You're sure not dealing with a chemist

7   here.

8                   THE WITNESS:    All right.

9                   THE COURT:   And please do not agree with me for the

10  sake of agreeing with me.

11                  THE WITNESS:    Okay.

12                  THE COURT:   I'm saying this aloud to make sure I

13  understand. If I misunderstand, you need to correct me; all right?

14                  THE WITNESS:    Yes, sir.

15                  THE COURT:   But this technique, the ion trap mobility

16  spectrometry, is based on the fact that small molecules move more

17  quickly than heavier molecules?

18                  THE WITNESS:    Yes. Yes, sir.

19                  THE COURT:   The device measures the speed of these

20  molecules, whatever they may be?

21                  THE WITNESS:    Yes.

22                  THE COURT:   Thirdly, you calibrate the device with

23  known or identified molecules?

24                  THE WITNESS:    Yes, sir.

25                  THE COURT:   You may be getting into this, but I just

1    need to know now.  Every molecule, whatever it is, hydrogen,

2    water, uranium, whatever, all are unique?

3              THE WITNESS:   Yes.

4              THE COURT:   Do any of them have rates of travel so

5    fast– or, excuse me– so similar that you could confuse the two

6    molecules?

7              THE WITNESS:    Okay.  There is a probability that

8    some molecule will give you the same time of flight as the one you

9    are trying to calibrate.  So there is tens of millions of molecule in

10   the air, basically, or molecules that someone can make.  So does all

11   of them have different time of flight?  No.  Maybe some of them

12   have exactly the same time of flight or very close time of flight.

13        However, what we do in our technique, there is another thing

14   that we add to our system we call a dopant chemistry.

15             THE COURT:   What kind of chemistry?

16             THE WITNESS:    Dopant.  Dopant is just another

17   chemical that is inserted in a device; it's ammonia or

18   dichloromethane.  What ammonia and dichloromethane do in our

19   system is basically suppress everything that is not of our interest.

20        For instance, if you want to target narcotics or explosives, we

21   have selected these two chemicals; that if you have, for instance,

22   all your molecules, such as benzene, toluene, et cetera, all these

23   molecules would be suppressed.  So the only one we are going to

24   see ionize and fly down into our drift tube are the ones of interest

25   to us.

1        And after we do that, we go in the field and we take thousands

2   of samples just to make sure, and exactly that's the point to your

3   question, just to make sure that we don't have another sample that

4   can trigger similar that we think it's related to a molecule of

5   interest. That's what we call a false alarm.

6        That's what we do. When the device is calibrated and

7   characterized, it's taken to a field where several thousands of

8   sample are taken to make sure that there is nothing else is going to

9   generate what we call false alarms. And we do that to minimize

10  that false alarm below two per cent or even lower than that.

11            THE COURT:   Okay. In this case, you have calibrated

12  the device for cocaine and other illegal drugs?

13            THE WITNESS:   Yes.

14            THE COURT:   You have used the two, ammonia–

15            THE WITNESS:   Ammonia and dichloromethane.

16            THE COURT:   –dichloromethane to suppress any other

17  molecule that has a speed similar to that of a cocaine molecule?

18            THE WITNESS:   Yes.

19            THE COURT:   And you have field-tested this how many

20  occasions to ascertain that you're not getting any false positives?

21            THE WITNESS:   Basically, we try to deliver product

22  that has less than two per cent false alarm. So if you take, for

23  instance, a hundred samples, you may have one or two samples that

24  can give you a false alarm, you think it's– you are detecting

25  something, but in reality it's just a false alarm.

1    So we try to design the device– there is other priorities that

2    we have to take into account– to make sure that when you are in the

3    field, when you take sample from any surfaces or in the air, you

4    minimize your false alarms.  And we try to get below two per cent,

5    and we have done all our field test where we were even below point

6    five per cent.

7         THE COURT:   Below point five?

8         THE WITNESS:    Yes, point five per cent.

9    By Ms. Plowell (continued):

10   Q.    And just if you could explain for the judge, the false alarms,

11   tell the judge, if you could, what does that include?

12   A.    So the false alarms, there is the false positives and false

13   negative.  Just very quickly, what's the difference between the two,

14   a false positive is, you have your sample of interest. For instance,

15   you are trying to analyze TNT, and then you pass the trap into your

16   device and then the device tells you there is nothing.

17        And a false negative is exactly the opposite; you don't have

18   anything in your sample, and the instrument would tell you, oh,

19   you have something. And thus we try to minimize these false

20   positives and false negatives below a reasonable number, which is

21   two per cent.

22   Q.    So the two per cent error rate includes both false negative and

23   false positives?

24   A.    Yes, false positive.  And sometimes it's– also it's called

25   nuisance alarm.

1    Q.    Explain to the Court what the nuisance alarm is.

2    A.    Basically, is just to– word used to describe false alarm. Some

3    calls it false alarm; I like to call it false alarm.

4    Q.    Now, the product that is used for the ion scan, tell the Court

5    what that is that you all use.

6    A.    So can you repeat your own question?

7    Q.    What's the name of the product that you use to do the ion

8    scan?

9    A.    We use ion trap mobility spectrometry. It stands for ion.

10   Basically, we make ions, we trap them into a field, and then we put

11   them into an electrical field and we observe the speed for these

12   ions to fly from one positions to another. That's the ion trap

13   mobility spectrometry.

14   Q.    And what's GE's product for that?

15   A.    So we have hand-held and desk tops and portal products. All

16   of them–

17          (Court reporter asked witness to repeat.)

18   A.    Hand-held, desk tops, and also portals, and all of them use the

19   same detector, ion trap mobility spectrometry. The only difference

20   is the sampling configurations. Every one has a different sampling

21   configuration. But when the sample is introduced into the

22   detector, after that, everything is the same. And all are basically

23   right now configured for the detections of explosives and

24   narcotics.

25   Q.    Okay. And are you familiar with the Itemiser-3?

1    A.    Yes, I am.

2    Q.    And tell the Court what the Itemiser-3 is, please.

3    A.    Itemiser-3 is a desk top device that's basically used to analyze

4    substances that are present on a trap.  Basically, the sample

5    introduction consists of taking a trap– I think I have a picture; I

6    can show it later on.

7           You swab your trap on some surfaces, and then you insert the

8    trap into the device.  After seven seconds of analysis time, you will

9    get the results of what was in the trap.

10   Q.    Okay.  And is that the product that was used here in this case,

11   the Itemiser-3?

12   A.    Yes, it is.

13   Q.    And we've got your PowerPoint presentation.  Why don't we

14   just start going through it to make it quite clear?

15          MS. PLOWELL:   Judge, I've got a copy of the– a

16   printed out copy, of the PowerPoint presentation that I'd like to

17   introduce as evidence so that you may review it in the future.

18          (Plaintiff's Exhibit No. 1 received.)

19   Q.    Okay.  Tell the Court– we're looking at kind of four prongs

20   here.  And has the theory of, ion mobility theory, has that been

21   tested?

22   A.    Yes.  I can go, in fact, through all of this question.  This

23   PowerPoint, this is basically the summary of the presentation of

24   the IMS technology.  At first has the theory or technique has been

25   tested.  If you go, please, to the next slide.

1    So the instrument, has the theory and technique been tested,

2    so the answer is, the instrument evaluation

3    acceptance/certification.  Basically, our devices, when they are

4    built, before we deploy them to the field, they have go through a

5    very thorough certification process.  So, basically, we give our

6    devices to, for instance, TSA here in the United States, STAC. in

7    France, ISA in Israel.

8    And then we give them the device, the manual, and they do

9    their own protocol for evaluation of their system.  Basically, they

10   have their own criterias for sampling and detection and

11   performance, and the device is certified only if it meets their

12   criteria.

13   And as of now we have the Itemiser-2 that is certified, we

14   have the Itemiser-3DX– it just passed the certification– we have

15   the Itemiser-3 that is used in this case certified, ENAC, Italy, and

16   we have the Itemiser-3DX that passed the lab certification in

17   France and also Israel.

18   We also provide our devices to different agencies.  They do

19   try– or evaluations.  So every agency sometimes have their own, I

20   would say, their own conditions, how they want to run the device.

21   They want to check and make sure that the instruments meet their

22   requirements.

23   So we give them the device and they test it.  That's basically

24   they test the instrument that performs for the detections of

25   narcotics and explosives and meet their criteria.

1    Q.    And where is this technology typically used?

2    A.    Basically, it is used by U.S. Army, by TSA, Coast Guard,

3    Customs, laboratories, police, basically almost everyone who are

4    trying to look for the presence of explosives as well as narcotics.

5    Q.    Okay.  Now, the science behind this or the physics behind it,

6    is it similar to the gas chromatography that's used in labs to test for

7    the presence of narcotics?

8    A.    It's not very similar.  The main difference is that ion mobility

9    spectrometry is a very simple technique, so it can be– you can– it's

10   basically a mass spectrometer that can operate at atmospheric

11   pressure that will simplify the design.  It can make the operation of

12   the device very simple.

13        Also, it's a very small device.  You can deploy sometimes in

14   the field.  That's the main difference.  And also it can give you

15   more or less the same response as GCMS.  The only thing that we

16   don't have compared to GCMS is the quantitative response.

17        In GCMS you can quantify what you have in your sample.  In

18   IMS right now, the results of the response is just yes or no; it

19   detected or it didn't detect.

20   Q.    And the GCMS is the gas mass spectrometry–

21   A.    Yes.  It's gas chromatography/mass spectrometry.

22   Q.    Okay.  Is that's what's used typically in, say, police

23   laboratories and forensic laboratories?

24   A.    I guess so.  I'm not familiar with that, but yes.

25   Q.    And the difference between the GC is that if you had a

1    substance that you were testing for the presence of cocaine, in the

2    GCMS it can tell you this substance is 60 per cent cocaine, whereas

3    the IMS simply tells you this substance is cocaine?

4    A.    Yes.

5              MR. ELDRIDGE:    Object to leading, your Honor.

6              THE COURT:    Sustained.  But it's inconsequential.

7    The point is, that the ion device simply will not quantitate, correct?

8              THE WITNESS:    Yes. Yes, your Honor.

9    Q.    Okay.  Now, tell me this.  Are there any publications

10   pertaining to this ion, ITMS or the IMS technology?

11   A.    Yes. Can you please go to the next?  Yeah, "Peer Review and

12   Publication."  There is a lot of paper that I've published using ion

13   mobility spectrometry.  There is also a lot of laboratories here in

14   the United States and also in Europe working on ion mobility

15   spectrometry.  We have corroborations with some of the

16   universities.

17         In fact, the paper we are publishing very recently was a joint

18   paper with the University of– Washington State University.

19   Sorry.  There is also a international IMS conference; it's held every

20   year, one year in United States, the next year is somewhere the rest

21   of the world, and sometimes we take–

22   Q.    Let me ask you this about the conference.

23   A.    Yes.

24   Q.    Is that conference well-attended by people in the field?

25   A.    Yes, yes.

1    Q.    And have you personally attended these, the conferences?

2    A.    Yes, I did. I attended last year; it was in Ottawa. This year

3    it's in Switzerland, going there. The next year it's going to be in

4    Boston, and we would be organizing the conference.

5    Q.    Okay.  And we have here on the PowerPoint, just for the

6    record, a number of journals; the International Journal of Ion

7    Mobility Spectrometry, you talked about the International Society

8    of IMS conference.  And analytical chemistry as a field, is that

9    something where the IMS is also discussed or is that a journal?

10   A.    Yes, analytical chemistry is really a field.  There is also a

11   journal called Analytical Chemistry. You can find papers that are

12   published there that relates also to ion mobility spectrometry.  But

13   the two major one where you can find basically knowledge about

14   ion mobility spectrometry are the two first one, International

15   Journal of IMS and also International Society of IMS.  That's

16   basically the two major papers or journals.

17   Q.    Okay.  And we talked a little bit about the error rate for the

18   ion scan machine and the nuisance alarm and the alarm rate.  Tell

19   me, is the ion scan generally accepted within the scientific

20   community?

21   A.    Yes, it is, it is accepted.  In fact, in some applications, if it

22   does not meet a certain criteria, the instrument is not deployed in

23   the field.  So we always try to make sure that we meet a very good

24   detection performance as well as a false alarm.

25         False alarm is a very important parameters that any user has to

1    characterize and find out about the instrument, because you want to

2    minimize that as much as you can.  And we try always to basically

3    make it close to zero.

4    Q.    And has the ion scan technology been subjected to review by

5    other people in your field?  Has it been critically analyzed?

6    A.    Yes, absolutely.  The ion mobility spectrometry, in fact, has

7    been analyzed by, especially if you look at, for instance, just TSA,

8    TSA, although they were only focused on explosives.  But we work

9    with also other agencies to try to evaluate narcotics.

10        We have two trial, for instance, the next maybe in June or

11   July, where some organizations can meet also in Europe.  They

12   want to characterize all of our device, check basically, if our

13   instruments meet their criteria for narcotics detection.

14   Q.    And say, with the TSA and airports, how many samples, for

15   example, would they take?

16   A.    Oh, TSA, I don't know, hundreds of thousands of samples.

17   They are using our instrument maybe for more than ten years.  They

18   are deployed at many checkpoints in airports.  They do have the

19   record of basically– I don't know if they record the samples, but

20   every alarm is recorded and stored.  But it's tens of thousands of

21   samples.  I can't tell you the number.

22   Q.    Okay.  And it's used typically.  When we talk about the TSA,

23   just so that we can understand something that we've all used, is it

24   the swab that they use over your luggage?

25   A.    Yes, it's the swab they use.  Yes, they have basically either

1   paper traps or Teflon traps, and they take the swab and they just

2   swab it through any surface, luggage. And then they insert the

3   swab into the device and a few second later they get the results.

4   Q.    Now, if you could explain for the Court how the machine is

5   actually used, please.

6   A.    Okay. If you can click again, you go to next, and then next,

7   and next, next– go back. Sorry. Okay. So this is the schematic of

8   our detector, which is the ion trap mobility spectrometry. You will

9   see here on the left hand side it says, "Inlet/sampling system." So

10  this is where basically you insert your trap.

11         So the trap is inserted into this region, and this region is kept

12  at a very high temperature. When you insert your trap–

13              MR. ELDRIDGE:   I'm sorry. What?

14              MS. PLOWELL:   Temperature.

15  A.    Temperature. And when the trap is inserted into what we call

16  the desorber, we vaporize all the molecules that are on the trap.

17  Once evaporization process is complete, the molecules are then

18  transferred into the ionization region, and you can see here what is

19  the ionization region.

20  Q.    Is that here, this second–

21  A.    Yes. There is a box called "Ionization Region." Okay. So

22  basically what we do there, we ionize the molecules, so the

23  molecules get into that region. There is a radioactive source that

24  ionize the molecules. Basically, what we do, we charge the

25  molecules either positively or negatively. For the narcotics the

1    molecule are usually charged positively.

2         And then when the molecules are charged, we release them

3    into the drift tube, and then you can see the drift tube, what we call

4    here in the schematic, ionization– sorry– the drift region.  So the

5    molecule flies from just after the ionization chamber to the end of

6    the drift region.

7         And we know that equal zero, is because we have to release

8    this molecule into our drift region.  Basically, how we do that, you

9    just pulse, you do electrical pulse on the ions, and then the

10   molecules will fly into the inside– sorry– the drift region, and

11   when they reach the ion collector, they produce an electrical

12   current, and that's what you see.

13        There is a display on the bottom of the screen, yes, you're

14   right. That's what you see, basically.  When the molecule hit, it's a

15   Faraday cup; it's basically just a electrical plate, and when

16   molecule that are charged with different current, they create a

17   signal, and that's what you see on the bottom of the display.

18        So we know that equal zero, we know when they arrive to the

19   collector.  The time is displayed in the X-axis, and that's

20   basically– and then if the molecule would show up to a time that

21   we think is specific to a certain molecule, then we can attribute

22   that's similar to the presence of certain molecule.

23   Q.   Okay.  And when you say the presence of certain molecule,

24   for us that is the substance that we're looking for, the drug or the

25   explosives?

A.      Yes, yes.  The system has been calibrated or characterized for

a number of explosives and narcotics.  For the device that has been

used, I've looked at, there is about nine narcotics that are basically

calibrated and also used in this device.

Q.      Okay.  Now, if you would explain for the Court, does this

happen automatically when you put the trap in or is there

something that the operator has to do to get this process to work?

A.      Everything is happening automatically, so the operator, the

only thing they need to do, is, basically, insert the trap into the

desorber.  The trigger button is automatic, all the rest, the analysis

is automatic, the display of the results is automatic, everything.

So the operator has basically just to insert the trap.

Depending on the results, if they have alarm or not, they have to

clear sometimes the system.  So they need just to push a button to

clear the alarm; or if there is no alarm, the system is ready for the

next analysis.

Q.      Can you explain for the Court what you mean by an alarm?

A.      Alarm is basically when we think a substance is detected, a

substance that is in our substances list.  So if there is a substance

that is detected and it's above certain threshold and we think it's

there, there is an alarm or a warning.

So basically you have a red warning that tells you that

something has been detected.

Q.      And, Dr. Boudries, if you could explain for the Court,

specifically with regard to the cocaine and the ITMS, what is the

1  threshold, the minimum threshold?

2  A.    This is– goes back to the previous question. So when we

3  define the detection for certain substance, if we take the case of

4  cocaine, for instance, when we go in the field we try to define what

5  is the minimum alarm level to minimize all false alarm.

6      Alarm level is basically a level after which we are a hundred

7  per cent confident that cocaine is detected. That's how we set the

8  alarm level, and they are different from one substance to another.

9  So if we– you have a sample and you try to analyze the sample and

10  then the alarm or the signal is above the alarm level, then we are in

11  the confidence to say, yes, this is cocaine that is detected; and then,

12  of course, the results are displayed in the device.

13      So the alarm level are determined from the field data to give

14  us that confidence that if a substance is detected we can actually

15  view that to exactly that substance and minimize all false alarms.

16  Q.    Okay. And does the operator of the machine have certain

17  protocols that they must follow?

18  A.    There is protocols when the operators, of course, buy the

19  machine from us. We provide the machine with manuals, different

20  kind of trainings. There is different level of operating the

21  machines; there is from a basic to a superusers. But that's

22  basically– every operator has his own mode of operation.

23  Q.    And is the machine designed to protect against operator error?

24  A.    Yes. What we try to do, basically, when you are running the

25  device as an operator, if there is anything that is outside the normal

1  operation of the device.  So what do I mean by normal operation of

2  the device?  Is basically for every analysis you have to– the system

3  has to be set at certain temperatures, flows, voltages, et cetera.

4         So for every sample we go and check all these parameters.  If

5  one of these parameters is outside the optimum range, there is a

6  warning.  When the warning is displayed, basically, the instrument

7  cannot be operated until the warning is resolved.

8         So this is how we can minimize that the operator make

9  mistakes or especially around the device when it's not calibrated or

10  it's not at its optimum conditions.

11  Q.    And how, if you can explain for the Court, how does the

12  machine calibrate itself?

13  A.    So calibration is a very important part of running the device.

14  We have recommendations to the operator on how they want to

15  calibrate the device.  It's automatically programmed in the system.

16         So, for instance, every eight hours there is a warning to

17  inform the operator that they have to calibrate.  If they don't

18  calibrate, they cannot operate the device.  And the supervisor can

19  change that to four hours or two hours.

20         But if you have that, so you will get a warning so the

21  instrument has to be calibrated.  The calibrated has to be successful

22  before you can go and operate the device.

23  Q.    And if you can explain for the Court, how does the instrument

24  report its results?

25  A.    The instrument, basically, there is different way how you can

1   report the results. When we offer the instrument to our users, we

2   try to give them from a simple report display to a very detailed

3   report. And all that informations is anyhow saved, so even if you

4   decide to display by just green or red, or you want to display times,

5   time of flight, peaks, height, also other information.

6        So the simple display will be basically, if a substance is

7   detected, the instrument will show green– sorry– a red alarm, it

8   says something has been detected. Then you can go, look at

9   exactly what you have, or you can select different mode of

10  displays.

11  Q.    Does the machine tell you what you have or is that something

12  that the operator has to interpret, if you know?

13  A.    It's also programmable. You can select the machine to tell

14  you exactly what you have detected or you can turn that option off.

15  But it's all, all saved into the file, so you can always go back and

16  look at it.

17       Some of the users, they don't want to display the name of the

18  substance for multiple reasons, so we give the options to the users

19  to disable that option if they want to.

20  Q.    And did you have the opportunity to review the results in this

21  case?

22  A.    Yes, I did. I looked at basically all the plasmagrams that were

23  collected.

24  Q.    And explain for the Court what the plasmagram is.

25  A.    Plasmagram, if you look at here on the bottom of the screen,

1   that's the plasmagram.  It's basically the results of the analysis.  So

2   you have in blue what we call the negative ions, and on the bottom

3   is the positive ions.  The positive ions is the region that is used

4   basically for the detection of narcotics.  The negative is merely

5   used for the explosives.  That's the plasmagram.

6        So what I've done is, I looked at all the plasmagram that were

7   collected.  I looked at two things; first, to see if the instrument was

8   clean, if the instrument was calibrated, and if the peaks were really

9   at their position.  And so everything seems to me that was operated

10  in the right conditions.

11           MS. PLOWELL:   I have no further questions for this

12  witness.

13           THE COURT:   Doctor, how would a plasmagram look if

14  you were detecting multiple explosives and multiple narcotics?

15  Let's talk narcotics.  If you were picking up cocaine,

16  methamphetamine–

17           THE WITNESS:   MDA?

18           THE COURT:   Yeah, there you go, Ecstasy.  When

19  you've got all that on the single sample, would those different

20  drugs be demonstrated on the plasmagram?

21           THE WITNESS:   Yes. If you look at here, it's more or

22  less the same thing as you can see here on the bottom of the display

23  in red.  So you have– if you have a mixture of narcotics, you will

24  see different peaks in the plasmagrams.  So they are all

25  differentiated.

1          In the plasmagrams, when you print the results, it tells you

2     basically where the positions of every narcotics should show up,

3     and they are all– they all have their own specific windows where

4     the different narcotics will show up.

5          And we have, within that window, we have also errors

6     window, make sure that if the peak shift a little bit it's within that

7     window, and all of them have their own specific time of flight.  So

8     there is a mixture you see multiple peaks in the plasmagrams.

9                    THE COURT:   Well, this particular illustration you

10    have three peaks.

11                   THE WITNESS:    Yes.

12                   THE COURT:   That is demonstrating what?

13                   THE WITNESS:    Three peaks, for instance,

14    demonstrating that there is the three different molecules in your

15    system.

16                   THE COURT:   Three different molecules that the

17    device was intended to detect?

18                   THE WITNESS:    To detect, yes.

19                   THE COURT:   So just for purposes of our discussion,

20    these three peaks would demonstrate that it was picking up three

21    molecules of what?

22                   THE WITNESS:    Oh, this is, first of all, this is just an

23    illustration.

24                   THE COURT:   I understand.

25                   THE WITNESS:    Let's assume we have heroin, THC,

1    and cocaine, and I make a mixture that has three narcotics. So I

2    insert the traps into the detector, what you will see in the

3    plasmagram, you will see three different peaks in the plasmagram.

4    One will show up exactly the time of flight for cocaine, the other

5    one is THC, and the third one has heroin. So that's what you will

6    see in the plasmagram.

7            THE COURT:   And it is the peak, the height of the peak

8    itself, that is of interest to you?

9            THE WITNESS:    Yes. The peak has to be above a

10   certain threshold, and that will give me confidence that that peak is

11   detectible, that molecule is detected. So there is two things during

12   the analysis that are very important; one is the time of flight. The

13   peak has to show up at a certain time.

14         When the peak is there, it has to be above a certain threshold.

15   So there's two things that are important, the time of flight at first.

16   When we found the peak, we look at what is the peak height or the

17   intensity of the peak, and it has to be above a certain threshold.

18   And it's only when these two conditions are met then would trigger

19   alarm.

20           MS. PLOWELL:   Judge, if I could switch over to the

21   presentation, I can actually show you an actual plasmagram that

22   was used that might be more useful to you.

23           THE COURT:   Okay.

24           MS. PLOWELL:   Do I just press this button?

25   Q.    Okay. Dr. Boudries, do you recognize this?

1    A.    Yes, I do.

2    Q.    And what do you recognize this as?

3    A.    Okay.  I can start with the plasmagram in the bottom.  This is a

4    typical display of Itemiser-3 plasmagram results.  What you will

5    see always on the top is the negative display, and then the bottom is

6    the positive.  This is where we look at the– then the narcotics.

7          On the left hand side there is some numbers there.  We also

8    display the time position and also the big height corresponding to

9    every time.  So the left column is the explosives, and then the

10   column just to the right of it is the narcotics.

11         For every plasmagram that is taken, everything that was used

12   to collect that sample is also stored with the sample.  For instance,

13   the date, the calibration files, the temperature, pressure,

14   calibration offset, the cal. factors.  So these are also parameters

15   that I can go and look and make sure that the instrument was

16   operated in the right condition.

17         So not only the results are displayed, but also all informations

18   about how the instrument was operated are also saved and

19   displayed with every file.

20         And then you can see it here on the right hand side, you see

21   the– sorry– it says notes, file name– every file is saved– the date,

22   the time, the software version, how– the mode of operations.  We

23   have a dual mode, or a negative or positive; and everything else,

24   temperatures, flow are saved.

25         And then if you go a little bit to the right side, so here you see

1    the list of substances that are basically used in our device. The top

2    ones are the explosives, the bottom ones are narcotics. The second

3    one, the second column, is the standard location.

4         When we calibrate the device, the software will go

5    automatically to the standard location, look for the presence of a

6    peak. If it found a peak, it goes to the threshold column, which is

7    basically the last one, and you look.

8         If the intensity of that peak is above a certain value, it is only

9    when it's above the threshold and within that specific time of flight

10   that the alarm is triggered.

11   Q.    And the one that we're looking at, is this a blank trap?

12   A.    If you go back to the– no, this is cocaine. You can see here

13   that cocaine is detected. And if you look at on the left side, it's

14   that there is cocaine-plus, and it gives you the time of flight and

15   also the intensity of the peak.

16        The intensity of the peak here is determined as a ratio between

17   the peak height and also the threshold. It tells you that the cocaine

18   here is 2.5 times higher than the threshold value. By the threshold

19   value, we think that anything below that, we don't attribute that to

20   cocaine.

21   Q.    Okay. Very good. And if you'll look at the first, the top one

22   here, if you can explain that one as well.

23   A.    The top one here, it shows a big signal of cocaine. And what

24   is important, if you compare the top one to the bottom one,– if you

25   just go back to the bottom one, again, little bit more. So if you look

1   at the bottom plasmagrams, you can see cocaine peak, and then

2   there is another peak just before, four milliseconds. That's the

3   dopant peak. That's the ammonia that is used basically to suppress

4   all the other molecules.

5          And the top one, there is only cocaine peak present. Why is

6   the other one has disappeared, because what's happening is when

7   cocaine is injected into the device, cocaine react with the dopant–

8          (Court reporter asked witness to repeat.)

9   A.    The dopant, d-o-p-a-n-t, dopant, and it's ammonia.

10         Basically, when you have high concentrations of narcotics,

11  they react with dopant. If the concentration is very high, the dopant

12  is depleted, and that's what we see in the first plasmagram, it's

13  completely depleted. So this is why you have high concentrations

14  of cocaine. It means that the top sample has the higher

15  concentrations than the one on the bottom.

16         MS. PLOWELL:  Very good. And, your Honor, I'll

17  offer this as Government's Two.

18         (Government's Exhibit No. 2 received.)

19         MS. PLOWELL:  Okay. Now I have no further

20  questions.

21         THE COURT:  Why don't we take about a ten-minute

22  break?

23         MS. PLOWELL:  Okay.

24         (Recess had at 10:41 a.m.; Court reconvened at 10:56 a.m.)

25         THE COURT:  Doctor, one quick question. The name

1    of your device, is it Ioniser or Atomizer?

2            THE WITNESS:    Itemiser, I-t-e-m-e-s-i-e-r (sic),

3    dash-3.

4            THE COURT:   Goodness.  I-t-e-m-e-s-e-r?

5            THE WITNESS:    M-i-s-e-r, yes.  It's written here on

6    the display on the top left hand side.  It's little bit difficult to read,

7    but it's I-t-e-m-i-s-e-r.

8            THE COURT:   The Itemiser-3.  All right.  Mr.

9    Eldridge?

10            MR. ELDRIDGE:    Thank you, your Honor.

11                        CROSS-EXAMINATION

12    by Mr. Eldridge:

13    Q.    Dr. Boudries, if I may, I will tell you that I have in my hand

14    what was introduced as Exhibit Number Two, and I want to ask you

15    some very specific questions about that; okay? I'm over in the left

16    hand, upper left hand corner.  Does that look like the upper left

17    hand corner?

18    A.    Yes.

19    Q.    Okay.  It would appear there is the name up there in the upper

20    left hand corner, "GE Itemiser-3."  Now, that's the machine made

21    by your company?

22    A.    Yes, sir.

23    Q.    Okay.  And it says, "Drugs Detected," and then on the left

24    hand side it says, "Substance Cocaine+," and then there's a list of

25    negative– are those negative ion time? Is that what that means?

1    A.    Yes, negative ions.  And then on the bottom is time.  It tells

2    you the time, the time of flight of every peak that is on the

3    plasmagram on the top side.

4    Q.    Okay.

5    A.    And then the left column is positive ion time, and then the–

6    there is height.  So for every time, for every peak that is detected,

7    we display the time in milliseconds and the height of the peak.

8    Q.    And what's confusing to me is, you look over to the graph as

9    it's displayed here, and I don't see but one peak.  But yet on the left

10   hand side it says there are many peaks.  Can you explain that?

11   A.    I am not sure to understand exactly your question, but–

12   Q.    Okay.  Let me ask.

13   A.    Yeah.

14   Q.    I can ask a better question.

15   A.    Yes.

16   Q.    If you look at this information here–

17   A.    Yes.

18   Q.    –is that the information that is here?

19   A.    Yes, sir.

20   Q.    Okay.  Now, is this showing cocaine?

21   A.    No. The cocaine would never show up on the top.  This is the

22   negative ions.  This is all molecules that are charged negatively.

23   Cocaine is a molecule that is charged positively and will show up

24   only on the positive display.

25   Q.    Okay. Only–

1    A.    So the top one–

2    Q.    –only down here?

3    A.    Yes.

4         THE COURT:   Well, just for my edification, what is

5    showing up up there on the negative ion scale?

6         THE WITNESS:    Oh, it could be anything.  This is

7    peaks that are– for instance, if you take a sample and then there is

8    dust, sand, oil, sometimes you see the small peaks here.  That could

9    be almost anything, background, what we call just a background

10   chemicals that are collected.

11        Because when you collect the trap, when you have a trap and

12   you try to take a sample, so you try to get your sample, but at the

13   same time everything with the sample, such as dust, assuming that

14   you are just sampling from the top of a desk, that also be

15   introduced in the sample.  Sometimes you see that in the device.

16   By Mr. Eldridge (continued):

17   Q.    Okay.  Now, I'm going to go to the right hand side of the

18   exhibit, see if I can get that all in there, perfect, just barely fit.  At

19   the top, on the left, it says, "Notes: Don Reynolds #6," correct?

20   A.    Yes.

21   Q.    I assume that means this is the sixth sample that has been run

22   on Don Reynolds?

23   A.    This one is entered by the operator, so the best person to

24   answer to these questions is the one who entered this.  This is not

25   generated automatically by the machine; it is a note that are typed

1    by the person who is taking sample.  We offer that option to the

2    users, if they want to write something.  So it is going to be always

3    captured when you take a sample.

4    Q.    Okay.  Now, and then it has a list of substances for which the

5    machine is testing; am I correct?

6    A.    Yes, you are correct.

7    Q.    Now, is every Itemiser programmed for these particular

8    substances?

9    A.    That is– we have different configurations, depending on

10   software versions.  So some users want to have maybe another

11   substance added, some user wants to have one substance removed.

12   So I don't know on the top of my head every software version.

13        Here what you are looking at is a software version 8.15, and

14   on the right hand side is the substances configuration for that

15   specific software version.  So you have the top ones are the

16   explosives and the bottom ones are the narcotics.

17   Q.    Okay.  And there's– okay.  And then, to follow this on out, for

18   example, it says, "TNT," and then it's got standard and calibration,

19   and there seems to be a number there.  What is that number?

20   A.    Okay.  So this number here, so your first column is the

21   standard location, so this is where–

22   Q.    What?

23   A.    Standard location.  This is where we expect to see the peak.

24   The next one is the "Cal" value.  "Cal" value, basically, we have

25   two ways to display the results.  It can be displayed directly in

1   milliseconds or it can be displayed– sorry– displayed in calibrated

2   unit, and that's basically is just a calculation going from standard

3   locations to a calibrated value. It's just the same ratio going from

4   both columns. They're more or less the same.

5          The next two columns are the window. When a peak– for

6   instance, if you look at TNT, the standard location is 6.070. So the

7   software automatically goes to that location, and then it will look

8   at what is the signal coming from the instrument at the time of

9   6.070 milliseconds, and it will look everything that's there around

10  6.070, plus or minus 0.40 milliseconds.

11         That's the window we are looking at for the TNT. So that's

12  basically your windows for every substance– sorry– for every

13  substance in the instrument. And then the next column is the alarm

14  level. So when a peak is detected at that standard location and still

15  within that window, we check if the peak intensity is above the

16  alarm threshold, and if it's only above that level the alarm is

17  triggered.

18  Q.     And so for the first six or eight– six, seven substances, this

19  particular test run through the Itemiser was negative; am I correct?

20  Is that what "Mode" means?

21  A.     No. The mode is the– if you'll go back to– sorry– the last

22  slide of where you have the plasmagram, so the top one we call the

23  negative mode and the bottom one is the positive mode. The

24  positive and negative was referring to basically if the molecule is

25  ionized as positively or negatively. That's what "mode" means.

1      The narcotics are positive mode and most of the explosives

2   are negative mode. It's basically– if you have cocaine, when you

3   ionize the cocaine, we remove an electron from the cocaine. That's

4   how it becomes positively charged. When you have explosives, an

5   electron is added to that molecules; that's how it becomes

6   negatively charged.

7      This is basically almost mainly for us and help us, when we

8   write the software, to where to go and look for the presence of the

9   peak. It's really– that's only information you can get from that.

10  Q.   I guess my question is, if you look on the far right side, under

11  "Mode," you see negative and positive. This particular sample, as

12  you've said, was positive for cocaine, but is it also saying it's

13  positive for heroin?

14  A.   No. These modes here has nothing to do with the results.

15  Q.   Okay.

16  A.   These modes are the– it really refers to how the molecule is

17  charged in the ionization chamber. It has nothing to do if it's

18  positively detected or negatively detected.

19  Q.   I understand.

20  A.   So I know it's little bit misleading.

21  Q.   I understand. But continuing, if you go down to cocaine on

22  that list and you – what you're telling me is this machine is

23  calibrated so that it looks for 8.566?

24  A.   Yes.

25  Q.   And when it senses that peak an alarm is given inside the

1   machine, right?

2   A.    Yes. It looks really at the position of at 7.936.  If the peak

3   intensity is above the threshold value– in this case it's 750– the

4   alarm is displayed.

5   Q.    Plus or minus that .040?

6   A.    Plus or minus .040, that goes to the time.

7   Q.    So what other substances would be within that plus or minus

8   .40 for cocaine?

9   A.    There is– if you look at hear on our substances list, there is

10  nothing else that will show up even near that cocaine window.

11  Q.    On this list.  But what about in the universe?

12  A.    In the universe, there is always a probability that something

13  will show up.  But as I explained it before, the instrument, when we

14  build it, we test it with thousands of samples, random samples, that

15  are taken, airports, buildings, anything, just to minimize that false

16  alarm, that not any substance would alarm.

17          And that's where the 750 comes in.  So we make sure that

18  when we put that 750– because the instrument, in fact, can detect

19  cocaine even lower than 750.  So we put that by just to make sure

20  that nothing else will just generate a cocaine response.

21          So that's where the 750 comes in.  And then if we have a

22  signal that is above that value, then we have a very high confidence

23  that it's cocaine and nothing else.

24                  THE COURT:   750 what?

25                  THE WITNESS:    A unit.  It's basically what we

1  measure, is the current of the signal in the detector. So If you go

2  back to– sorry– the left side here of the plasmagram, if you look at

3  the Y-axis, you see from zero to 12,000. This is 750 units. It's

4  basically microamps.

5              THE COURT:   Excuse me. So to a certain extent then

6  you are measuring quantity to the extent you're measuring a

7  concentration?

8              THE WITNESS:    We are measuring, we can quantitate

9  this device. In fact, this device is used in pharmaceutical

10  application exactly the same where they quantify. But we just

11  decided to make the use of it very simple. We don't require the

12  people to do quantitative calibration. That's the only thing that's

13  implemented.

14              THE COURT:   So the machine is set at a level that has

15  got to be this concentration before it triggers?

16              THE WITNESS:    Yes.

17              THE COURT:   Before it gives an alarm?

18              THE WITNESS:    Yes, sir.

19              THE COURT:   And I'm sorry, Mr. Eldridge, but I'm

20  trying to keep up with this. I don't mean to walk on you here.

21              MR. ELDRIDGE:    I think you're helping us, your

22  Honor. Thank you.

23              THE COURT:   On the graph, the peak, the height of the

24  peak, that peak is measuring what?

25              THE WITNESS:    Is basically when the ions or the

1    molecules travel in the drift tube, they are charged, if you take

2    cocaine or narcotics, they are charged positively.

3            THE COURT:  Right.

4            THE WITNESS:    So when they hit the Faraday cup,

5    they create a current, and what you see is, they produce a current in

6    our device.  So there is a background when there is nothing.  The

7    molecules arrive to the detector and they create a current, and

8    That's what makes what– the peak is generated.

9            THE COURT:  Okay.  So it's measuring the amount of

10   current?

11           THE WITNESS:    Measuring amount of current that are

12   created by the molecules when they hit the Faraday cup.

13           THE COURT:  Will THC, a molecule of THC, generate

14   a different amount of current?

15           THE WITNESS:    They generate different amount of

16   current, and that amount of current is proportional to the amount of

17   THC, but it will generate it at the same time of flight where you see

18   THC.

19           THE COURT:  You anticipated my next question.

20           THE WITNESS:    Okay.

21           THE COURT:  For a particular substance to be

22   identified as THC, cocaine, methamphetamine, whatever, there has

23   to be a known correlation between the peak and its timing?

24           THE WITNESS:    Yes, absolutely, you're absolutely

25   right. And that's exactly what we see here in this display. There is

1    two important things, the time, the standard is a time. These

2    numbers here, there's no unit, but this is the time when you see

3    6.070 and 6.070 millisecond. So the time gives you the

4    identifications of the molecule, and then the peak height give you

5    the intensity of that molecule.

6                    THE COURT:   What?

7                    THE WITNESS:    Intensity of level.

8                    MR. WEDDLE:   Intensity.

9                    THE WITNESS:    Intensity, sorry. Excuse my–

10   intensity, i-n-t-e-n-s-i-t-y, intensity.

11                   MR. ELDRIDGE:   Intensity.

12                   THE COURT:  Oh, intensity. Sorry. You've got me off,

13   so have to remember we're all East Tennessee here.

14                   THE WITNESS:    Sorry. So it's two things; you would

15   do identification and then quantification. So the times give you the

16   qualitative information and the alarm or the peak height give you

17   the quantitative information.

18   By Mr. Eldridge (continued):

19   Q.    Dr. Boudries, is it possible, after you ran this sample, to do a

20   blank sample and still the machine would show cocaine?

21   A.    Yes. But there is a protocol that is well-defined when you use

22   our machine. When an alarm is triggered, you have to clear the

23   unit. You cannot just sample automatically after that. Means that

24   there is a protocol that you have to go through to clear the unit. It

25   means that unit has to go automatically to a ready mode.

1          Ready mode means that there is nothing left in the device

2     before the unit is ready to accept another sample. So if you follow

3     that protocol, the probability that you have something left from the

4     previous sample is almost zero.

5     Q.     And you have looked at the plasmagrams and the results of the

6     plasmagrams done in this case?

7     A.     Yes, I did. And I even asked that specific questions, and I was

8     told that after every sample you have to clear it, you cannot do

9     anything else unless you clear the device; and even after that a

10    blank was run. That means that a blank trap was inserted into the

11    device. Then you are guaranteed that there is nothing left into the

12    device. So that was done, to my knowledge, during this analysis.

13    Q.     When the blank was run, did it ever show up for cocaine?

14    A.     I did not look at the plasmagrams, but I was told that the blank

15    were clear. And if an alarm, a blank is done, an alarm was

16    displayed, so you cannot do another sample unless you clear the

17    device.

18    Q.     Do we have a plasmagram for the blank?

19    A.     I do not have plasmagrams for blanks.

20    Q.     Okay. Now, Dr. Boudries, as you've told us, you are an

21    employee of General Electric. How long have you worked for

22    them?

23    A.     Four years.

24    Q.     And is one of your tasks to promote and sell these Itemisers?

25    A.     No. My task is merely research and development. I basically

1    work on just the detection of the device. I'm not involved in

2    selling the device or promoting the device. I'm merely focused on

3    improving the technology, make it more robust, more sensitive,

4    and also understanding the requirement of the customer.

5    Q.    In your professional history, which has been provided to me,

6    you indicate that some of your responsibilities include "Sustaining

7    our commercial products;" am I correct?

8    A.    Yes, you are correct.

9    Q.    And one of those products that you are sustaining is the

10   Itemiser-3, correct?

11   A.    Yes, you are right.

12   Q.    And by sustaining, that means that you want to make sure it

13   stays on the market, right?

14   A.    Yes, absolutely.

15   Q.    So in that sense you are promoting the Itemiser-3, correct?

16   A.    I am not sure to understand exactly your question, but I am

17   working hard to make our– all of our product be accepted by every

18   users or new users in the market. So I try to make sure and

19   understand what the customers want and try to translate that to

20   detection performance and implement that in our instruments.

21   Q.    Okay. The particular device that was used in this case is, in

22   fact, an Itemiser-3?

23   A.    Yes, it is, and it is displayed also in the plasmagram. The

24   name of every product is displayed on each plasmagram.

25   Q.    And as you said, it is a desk top device?

1    A.    Yes, it is a desk top device.

2    Q.    Do you know the history of that particular machine?

3    A.    To be honest with you, I don't know when the machine was

4    built.  I think it's– when I joined GE in 2005, the instrument was

5    already commercialized.  But I don't know exactly.  We have

6    Itemiser-2's; that is the first generation; Itemiser-3 is the next

7    generation, and we have right now the Itemiser-DX, which is the

8    new generation of desk top device.  But I don't know when was the

9    Itemiser-2 released to the market.

10   Q.    And the DX, of course, would be better than the Itemiser-3?

11   A.    The new, of course, we always try to improve the detection

12   performance of all of our product.

13   Q.    And it would be more accurate?

14   A.    I would say more sensitive.  The accuracy is the same because

15   all devices uses the same detector.  It's just to improve the

16   sensitivity of the device.

17   Q.    Dr. Boudries, you indicated that the machine has been

18   certified.  What did you mean by that?  Who certifies the machine?

19   A.    The Itemiser-DX was certified by TSA, Transportation

20   Security Administration.

21   Q.    I'm talking about the Itemiser-3.  When you say certified–

22   A.    Oh, it was certified by European agency called ENAC, E-n-a-

23   c. the Itemiser-2 was certified by TSA and the Itemiser-3, the same

24   one that has been used here, was certified by ENAC.

25   Q.    What's ENAC?

1    A.    I can't remember exactly the– it's the equivalent of TSA in

2    Italy.

3    Q.    So there isn't a world-wide certification process, is there?

4    A.    Yes, there is.

5    Q.    There is?

6    A.    Yes.

7    Q.    So none of these machines were certified by a world-wide

8    certifier; am I correct?

9    A.    We try to– basically, every country, they have their own

10   requirements for every device. So what we try to do, we try to

11   deploy our device to every agency and get it certified. There is no

12   one certification for the entire plant. Every country has its own.

13   So that's what you try to do, we try to certify all product in almost

14   every country.

15   Q.    So what you did with TSA was to give TSA a number of these

16   machines?

17   A.    Yes. There is a well-defined protocol that we have to follow.

18   It's published by TSA for every, basically, vendor. And you have

19   to provide them with the unit and they just test it.

20   Q.    So you give them a bunch of these machines hoping that they

21   will then endorse your product and buy it?

22   A.    No. The TSA– sorry. It's the TSL. This is the organization

23   that certified the product; they don't buy product. Their main

24   function is to certify the product. They only look at the detection

25   performance of the device. The agency who make the decisions to

1    buy are completely different.

2        So there is a lab, a governmental lab. Their main functions

3    are to evaluate the performance of the device. The people who

4    make the decisions are completely different. They just want to

5    know is this instrument certified, yes or not.

6    Q.    And when you say that you sent your machines to be analyzed

7    by the government, what did the government say was wrong with

8    these machines? What criticisms did they have?

9    A.    First of all, the government don't tell us what's wrong. There

10   is a few things they can share with us, and some of the information

11   I cannot share with you or we just know that if it doesn't meet the

12   requirement it cannot be certified. So there is something they can

13   ask us, oh, can you please modify this, can you add this feature, we

14   would like you to do this.

15       But the detection performance, if you don't meet the detection

16   performance, the instrument is not certified. And the results of the

17   certification are classified. I cannot share them with you.

18   Q.    So make sure I understand, going back to your Exhibit Two,

19   when this plasmagram says there's cocaine, it's not measuring how

20   much cocaine, is it?

21   A.    Well, if you look at the second column, you see the time,

22   7.857, and you see the height is 5381. Five thousand three hundred

23   eighty-one, that's your peak, peak height. And if you look at the

24   top, it says cocaine, it gives you the time and it gives you the

25   strength.

1      The strength, basically, it's almost a ratio between– there is

2   other factor that are taken into account calculate the strength.  It

3   gives you how intense is the peak so you have some informations

4   about the strength of your cocaine detection.  And it's displayed on

5   the right side of the plasmagram.

6   Q.     My question is, what does that mean?  I mean, it says,

7   "Strength, 1.02," but how does that translate?

8   A.     Basically, that all translates to the detection of the cocaine.

9   As I said, there is a certain level which is, in this case, for instance,

10  750.  If there is a peak at that specific location that can be

11  attributed to the cocaine, we try to see how strong is that peak.

12  And that's then the value that is displayed there, is the ratio

13  between what we think is the background of the cocaine at time of

14  flight to the intensity of the peak that you just analyzed during that

15  sample.

16      So that's the strength.  But the peak height, it's also a good

17  indication of the intensity of the peak.  So the peak height here is

18  5,381 and the threshold is around 750, which is almost seven times

19  higher.

20  Q.     You indicated that the Itemiser is not as good or this

21  particular technology is not as good as the gas chromatograph; am I

22  right?

23  A.     I did not say it is not as good.  They are completely two

24  different devices, they have different applications.  They are

25  designed differently.  In fact, the ion mobility spectrometer is

1    extremely sensitive device, and it's very simple. But I don't think

2    we can attribute the word "are not as good as."

3    Q.    Well, can you do this kind of test on a GCMS?

4    A.    Oh, absolutely. I think you can find many different

5    techniques that you can use or you can develop to analyze

6    narcotics. I'm sure that there is, yes.

7    Q.    In your direct examination you talked a little bit about

8    operator error and calibration, and you've told us that the

9    supervisor can change the time of calibration to a shorter window

10   than eight hours; is that correct?

11   A.    Yes, they can, yes.

12   Q.    Can they increase the time?

13   A.    I can't remember. I don't think that they can. I think the

14   option in the software is four hours and eight hours, but I don't

15   think we have something that is above eight hours.

16   Q.    And you say the machine calibrates itself?

17   A.    Yes. There is an auto-calibration mode. When you are–

18   excuse me– when you are in operator mode, there is a button called

19   "auto-cal," and the only thing the user has to do is just insert the

20   calibration traps and that's it.

21   Q.    So you're actually running another plasmagram–

22   A.    Yes. Yes, sir.

23   Q.    –to calibrate?

24   A.    Yes.

25   Q.    You have indicated that this ion mobility spec–

1    A.    Spectrometry.

2    Q.    –thank you –spectrometry has a two per cent error rate.  Did

3    you tell us that?

4    A.    Yes.  Less than two per cent.

5    Q.    How is that determined?

6    A.    It's basically these are the– when we built the unit, we go in

7    the field, we take several thousands of samples, and we try to

8    characterize the detection parameters so that the false alarms will

9    not generate a number that is above two per cent.  So that's how we

10   determine that.

11         So, basically, as I said, we take thousands of sample on almost

12   everything we can, and we can always process data.  Every data we

13   take we can get it in our database and just run it if we think it's a

14   blank.

15   Q.    When you say 7,000 samples, is that 7,000 samples of things

16   that you know what it is?

17   A.    We don't necessarily need to know where it is.  We can just go

18   in a room like this and take thousands of sample, almost every

19   corner.  We go outside, we go in a car,  buildings, airports, bags.

20   We try to sample as much as we can, almost everything.  And then

21   we add all of that in our database.  That represents our background

22   level and that's how we determined that 750.  We can say we

23   analyzed almost everything we can get of, and then we think if we

24   are below 750, nothing would alarm on cocaine.

25          So if we see something above that threshold then we can

1    attribute that level to, for instance, cocaine, or any other substance.

2    Q.    What I'm asking is, when you say you take all these samples,

3    you're not testing it against a known quantity, are you? You're

4    just taking samples?

5    A.    Yes.

6    Q.    How can you use 7,000 samples of things that you don't know

7    what they are to tell you what kind of error rate it has?

8    A.    It does not really matter because what you are looking at is

9    interferent, so it can be anything. I don't need to know exactly

10   what I have on the sample. I just want to know if anything that is

11   on the trap is going to show up exactly as the time of flight of

12   cocaine. That's the information I'm looking at.

13         I don't need to know what's on the trap. I just want to know,

14   if there is anything there, is it going to show up at the same time of

15   flight as cocaine. So we don't need to know what's on the trap. In

16   fact, you want just to analyze, insert the trap into the device.

17   Q.    So how do you get a false positive?

18   A.    So basically all of this, if we– for instance, if you do the blank

19   analysis and one of them will give you a big height above that,

20   what we think, 750, that we have designed; that's a false positive.

21   So we take first all these blank samples, we analyze all of them, we

22   go and look.

23         All of them, what is their response at the specific time where

24   we expect to see cocaine? That's where we put that threshold. So

25   and then we can say we think that only two per cent or less are

1    going maybe to give us either a false positive or a false negative.

2    Q.    What I'm asking is, what causes it?

3    A.    Oh, it can be anything.  It could be another molecule, it could

4    be somehow another molecule that is injected into the device that

5    has a similar drift time in our device that would show up somehow

6    at the same time as cocaine and will just pop up there.  That's— it

7    could be anything.

8    Q.    Does the operator require any training?

9    A.    Yes, it does.

10   Q.    What training does the operator—

11   A.    Oh, we offer different trainings.  There is operator training,

12   supervisor, superuser, advanced training.  And I think people,

13   when they buy our instrument, so they offer them the package and

14   they have to select what they want to do.

15   Q.    Do you know what the operator in this case had?

16   A.    No, I don't know.

17   Q.    Are you aware of some problems that have been generated

18   from this machine?

19   A.    Can you please specify what you mean by problems?

20   Q.    Well, for example, I have heard that, if you look at currency,

21   you'll find trace amounts of cocaine on currency;  is that right?

22   A.    Yeah, you're absolutely right.

23   Q.    So if I handle currency and somebody swabbed my hand, there

24   is a probability, to use your word, that this Itemiser would say that

25   I had cocaine on my hand?

1   A.     You are absolutely right. If you sample currency directly,

2   there is a chance that you would see some narcotics. I don't think

3   that if you sample your hands you will find cocaine. It's only if the

4   currency really had a huge amount of particles from cocaines or

5   any other narcotics, then maybe by doing a double transfer you can

6   find cocaine in your hands. So, yes, there is a probability you find

7   cocaine.

8   Q.     Have you heard of problems that– well, this machine is used

9   by prison authorities, isn't it?

10  A.     Yes, you are right.

11  Q.     And there's been some publicity about false alarms from these

12  prisons, correct?

13  A.     Yes, you're correct.

14  Q.     Can you tell us– and, in fact, the Federal Bureau of Prisons

15  has discontinued the use; have they not?

16  A.     Yes. They did not discontinue to use. What they found out,

17  what's happened, is that some of the hand sanitizers generated

18  THC false alarms. That was not– the hand sanitizer coming right

19  now in use. And what we have done, in fact, we developed filters,

20  basically, to remove all alarms that are caused by hand sanitizer.

21          Thus, what's happened is that, when they saw that there is

22  false alarm that is caused by just people going to prison for

23  visiting, so we developed a filter in effect to remove all interferent

24  coming from hand sanitizers.

25  Q.     And have you heard that these alarms are generating false

1    positives on cocaine from–

2    A.    No, not on cocaine.  They were generating false alarms on

3    THC and heroin.

4    Q.    Now, this drift time that you spoke of, that can be affected by

5    atmospheric pressure, can't it?

6    A.    Yes, it can.

7    Q.    And so if there's inclement weather, that could affect the drift

8    time and affect the reading on the machine, correct?

9    A.    Yes, it can, if the instrument is not calibrated.  The calibration

10   is function of temperature and pressure.

11   Q.    And even if you moved it a few hundred feet in elevation, that

12   would affect it?

13   A.    Yes.

14   Q.    All right.  These systems have what might be called a

15   chemical module in them, correct?

16   A.    Chemical model?  What do you mean?

17   A.    Well, do you have to replace parts of the machines

18   periodically?

19   A.    Yes, sir.  Some– the dopants, for instance, you have to replace

20   them every four months for the ammonia and about eight to 12

21   months for dichloromethane.

22   Q.    And would that have to be done on the machine that was used

23   in this case?

24   A.    Yes, all of our machines.

25   Q.    And is that an expensive proposition?

1  A.    To be honest with you, I don't know exactly what's the cost of

2  the buying dopants and ammonia from our company.

3  Q.    What happens if they're not replaced?

4  A.    The instrument will not work, so you will have a hard time to

5  calibrate, you would have a lot of false alarms and basically almost

6  the instrument would be useless because you won't be even able to

7  calibrate your units. So if the unit is not calibrated, you cannot do

8  any, any sample.

9  Q.    And the way you tell if the machine is calibrated is the

10 machine tells you it's calibrated?

11 A.    Yes. The machine tells you it's calibrated, yes.

12 Q.    So you punch a button and say "calibrate," and it does it and

13 then tells you it's done it?

14 A.    Yes.

15 Q.    And if there's something wrong with the way it calibrates,

16 that's just the way it is?

17 A.    Not necessarily true, because if you look at here on the

18 plasmagram that you just have– if you go to the right side. So

19 what you see here is that if someone miscalibrated the device, I

20 could figure out that very quickly. So not only the parameters, the

21 response of the system, is displayed, but also how the instrument is

22 run.

23        So I can look at what we have here and I can find out exactly

24 if the unit was calibrated or not. So that's one thing. So there is

25 two lines here that are very important; it's called "N-Cal" and "P-

1   Cal" on the bottom. You can see it here where there is the arrow.

2   That's a very important number.

3          If someone has miscalibrated, I can tell you very quickly if

4   there was a miscalibration. That's one thing. If you go back to the

5   plasmagram, I can also speak a little bit. Here, when I looked at the

6   plasmagrams this morning or also yesterday, the first thing I want

7   to look at is the dopant position. Usually if the instrument has

8   been miscalibrated or the instrument was not running at its

9   optimum condition, you would see a shift in the dopant position in

10  both the positive and negative mode or sometimes you see that the

11  peak intensity is not very high, and it was not the case.

12         So that was the first thing I checked when I looked at the

13  plasmagram, is just to insure that the instrument was operating and

14  running in its proper condition. So– and it was, and if it wasn't, I

15  can look at just the plasmagram and I can tell you that there was

16  something wrong with it.

17  Q.    You said, from what we're looking at on the screen, you

18  indicated you can tell the dopant?

19  A.    Yes. The dopant positions, yes.

20  Q.    Where is that?

21  A.    You see on the left column, the first peak, 3.211?

22  Q.    Yes.

23  A.    That's the dopant position for dichloromethane. So it tells me

24  that is in the right position, that there is no water vapor in the

25  system, everything is dry. And then also I looked at the other

1    plasmagram with the positive. I just checked what was the

2    ammonia dopant position, and it was also on the right time.

3         So I basically did just a check to make sure that all the

4    temperature flows, the cal-factors, dopant position, all seemed

5    reasonable and good, and they were all, in my opinion, on the right

6    position.

7    Q.    So the dopant position is the left hand column and the peak

8    height is the right hand column?

9    A.    Yeah. The dopant position, the first column, the first number,

10   3.211; that's our dopant.

11   Q.    What does the number under it mean?

12   A.    Three-point-two-one-one, and you see here, is one point–

13   1382, that's the peak height.

14   Q.    No. I'm sorry. The number under 3.211, what does that mean?

15   A.    Oh, these are all the peaks that are on the plasmagrams. See,

16   you see there is many peaks on the plasmagrams on the top. The

17   first one is our dopant, is our dopant position.

18   Q.    The others are peaks?

19   A.    The other peaks that can just come from the sample. And if

20   you look at the blank position, I think there was one plasmagram

21   that I looked at, you can see these peaks are very nice, very sharp,

22   on the right time of flight, and the intensity was very big. And the

23   reason here they are small is because they are reacting with other

24   substance, which means when there is other chemical they react,

25   there is a chemical reaction also in our device. That's why they are

1    small.

2          And also I would just want to say something. When the

3    calibration was performed, I was told that the verification was also

4    performed. Basically, when you do a calibration, the calibration

5    does what it does, is calibrate your time of flight. That's the only

6    thing the calibration does in our device.

7          It means that you calibrate it and then we know if something

8    will show up at six milliseconds is TNT. And then I was told that

9    even after the calibration was performed, they did a verification.

10   Means, assuming that the calibration was performed correctly, you

11   verify by injecting other chemicals.

12         The other ones they injected was RDX and ephedrine, and in

13   every case they detected RDX and ephedrine, which is the

14   confirmations that all the calibrations were performed correctly.

15               MR. ELDRIDGE:   Thank you, doctor.

16               MS. PLOWELL:   We have nothing further, your Honor.

17               THE COURT:  Fascinating. Thank you.

18               THE WITNESS:   You're welcome. Thank you.

19         (Witness excused.)

### C E R T I F I C A T I O N

I certify that the foregoing is an accurate transcript of the record of
proceedings in the titled matter.

_____/s/Donnetta Kocuba_____                    _1/16/10_

Donnetta Kocuba, RPR-RMR
Official Court Reporter
U.S. District Court
Knoxville, Tennessee